IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEY CHRISTINE SPALLA,** | : | CIVIL ACTION NO. 1:16-CV-821 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ELECTRONIC MANUFACTURING SERVICES GROUP, INC.,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of February, 2017, upon consideration of the motion (Doc. 8) to dismiss filed by defendants Electronic Manufacturing Services Group, Inc.; EMSG, LLC; Douglas Hamp ("Hamp"); and Douglas Boyer ("Boyer"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 8) to dismiss is GRANTED as follows:

    a. Plaintiff's Title VII and ADA claims against Hamp and Boyer are DISMISSED with prejudice.

    b. Plaintiff's remaining claims against all defendants are DISMISSED without prejudice.

2. Plaintiff is granted leave to amend her pleading within thirty (30) days of the date of this order, consistent with paragraph 1 above and the court's memorandum. In the absence of a timely filed amended complaint, the Clerk of Court shall close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania